# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Shuster, et al., <br>     Plaintiffs, <br> v. <br> Stanford Jay Shuster, <br>     Defendant. | No. CV-16-03315-PHX-JWS (DKD) <br><br> **REPORT AND RECOMMENDATION** |

TO THE HON. JOHN W. SEDWICK, SENIOR U.S. DISTRICT JUDGE:

The parties operate similar, competing businesses. The Court previously ordered Defendant to provide financial information about his business and granted the parties' stipulation to a protective order (Doc. 59). Unsatisfied with the production, Plaintiffs' counsel refused opposing counsel's request to speak and then moved for an order to show cause (Doc. 68-8). Plaintiffs also did not provide the Court with an itemized list of missing documents and instead leapt to a request for sanctions (Docs. 68, 81). Plaintiffs' refusal to meet and confer with Defendant and Plaintiffs' failure to detail the missing documents for the Court both indicate that this request for an order to show cause was premature and should not be granted.

In response, Defendant explained the business reasons behind his reticence to provide the documents but never addresses the stipulated Protective Order and why it is insufficient to address his concerns (Doc. 78). Defendant's actions—both the failure to provide documents and the failure to utilize, or attempt to modify, the Protective Order

that he stipulated to—indicate that his refusal to comply with his discovery obligations may not end without the imposition of sanctions or adverse inferences.

**IT IS THEREFORE RECOMMENDED** that Plaintiffs' Motion for Order to Show Cause be denied without prejudice (Doc. 68).

Dated this 20th day of December, 2017.

_____
David K. Duncan
United States Magistrate Judge